CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 3, 2024

LAURA A. AUSTIN, CLERK
BY:    s/B. McAbee
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| SAMMIE TODD MOSER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-00010 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE HALIFAX COUNTY, VA, BOARD | ) | By:  Hon. Thomas T. Cullen |
| OF SUPERVISORS and THE VIRGINIA | ) | United States District Judge |
| RETIREMENT SYSTEM, | ) | |
| | ) | |
| Defendants. | ) | |

On April 29, 2024, Defendant The Halifax County, VA, Board of Supervisors (the "Board") filed a motion to dismiss the claims filed against them by Plaintiff Sammie Todd Moser ("Moser") under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (ECF No. 8.) The motion was fully briefed, and the court held a hearing on September 30, 2024. For the reasons explained in the court's Memorandum Opinion, the Board's motion is **GRANTED** and the claims against the Board are hereby **DISMISSED**.

The clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

**ENTERED** this 3rd day of October, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE