CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
11/6/2025
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| SAMMIE TODD MOSER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:24-cv-00010 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE VIRGINIA RETIREMENT SYSTEM, | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

On July 11, 2025, Plaintiff Sammie Todd Moser ("Moser") filed a motion for summary judgment. (ECF No. 27.) On July 18, 2025, Defendant the Virginia Retirement System ("VRS") filed a cross-motion for summary judgment. (ECF No. 29.) The motions were fully briefed, and the court held a hearing on October 14, 2025. For the reasons explained in the court's Memorandum Opinion, Moser's motion is **DENIED** and VRS's motion is **GRANTED**. Judgment is hereby **ENTERED** for VRS on all claims brought against it.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

**ENTERED** this 6th day of November, 2025.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE